UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>        Plaintiffs,<br><br>    v.<br><br>TRACTOR SUPPLY COMPANY, et al.,<br><br>        Defendants. | Case No. 1:22-cv-01006-ADA-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 17) |

      This matter is before the Court on Plaintiff's notice of voluntary dismissal with prejudice (ECF No. 17), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or motion for summary judgment. In light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

      Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

    Dated:  **November 18, 2022**          /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE

1